.[No. 20559. In Bank. — October 11, 1889.]

## THE PEOPLE, Respondent, *v.* HARRY FORNEY, Appellant.

Criminal Law — Assault with Deadly Weapon — Allegation that Assault was Made on Human Being. — An information for an assault with a deadly weapon, which alleges that the assault was committed "upon the *person* of one John Coffey," sufficiently shows that a human being was the subject of the assault.

Id. — Allegation of Intent and Present Ability. — An information for an assault with a deadly weapon is sufficient if it charges the offense in the language of section 245 of the Penal Code. Allegations that the defendant "intended" to commit the assault, and had the "present ability" to do so, are unnecessary.

APPEAL from a judgment of the Superior Court of the city and county of San Francisco.

The facts are stated in the opinion.

*Carroll Cook*, for Appellant.

*Attorney-General Johnson*, for Respondent.

Foote, C. — The defendant was convicted of an assault with a deadly weapon. From the judgment rendered in the premises he has appealed.

His contention is, that the information filed against him charges no offense known to the law. This he claims on the grounds: 1. That it is not alleged against him that he assaulted any *human being;* 2. That the pleading in controversy contains no averment that he

had any *intent* to commit, or that he had the "*present ability*" to commit the assault of which he was accused.

The language of the information material to be considered is this: " Harry Forney is accused by the district attorney by this information of the crime of an assault with a deadly weapon, committed as follows: The said Harry Forney on the eleventh day of September, A. D. 1888, at the said city and county of San Francisco, with a deadly weapon, namely, a knife, which he, the said Harry Forney in his hand then and there had and held, upon the person of one John Coffey, there being, did willfully, unlawfully, and feloniously commit an assault, contrary to the form, force, and effect of the statute," etc. After reading that the assault was committed "upon the *person* of one John Coffey," it is manifest that a *human being* was declared to have been assaulted.

The information charges that the defendant, with a deadly weapon, describing the weapon, willfully and maliciously committed an assault upon the person of one John Coffey. The statute bearing upon the matter is: " Every person who commits an assault upon the person of another with a deadly weapon or instrument, or by any means or force likely to produce great bodily injury, is punishable," etc. (Pen. Code, sec. 245.) The intent to commit the assault and the " present ability " to do so must be proved, but the statute does not declare that the information shall state these probative facts, and the pleading is sufficient, having followed the language of the section of the Penal Code, *supra*, in charging the offense. (*People* v. *Turner*, 65 Cal. 540–542.)

We therefore advise that the judgment be affirmed.

BELCHER, C. C., and VANCLIEF, C., concurred.

The COURT. — For the reasons given in the foregoing opinion, the judgment is affirmed.